In the Matter of the Application of NEW YORK, WESTCHESTER AND BOSTON RAILWAY COMPANY, Respondent, to Acquire Title to Lands of WARD MOTOR VEHICLE COMPANY and EMPIRE TRUST COMPANY, as Trustee under a Mortgage or Deed of Trust Dated February 25, 1915, Made by WARD MOTOR VEHICLE COMPANY to Said EMPIRE TRUST COMPANY, Defendants. WARD MOTOR VEHICLE COMPANY, etc., Appellant.— Orders, in so far as appealed from, reversed upon the law and the facts, and the matter remitted to Special Term for the appointment of a new commission directed to make a just award to appellant, costs to appellant

* Amd. by Laws of 1921, chap. 363. See City Home Rule Law, §§ 30, 36.— [REP.

† See Laws of 1901, chap. 466, § 1545.— [REP.

‡ See Civ. Prac. Act, § 288 *et seq.*— [REP.

to abide the event. The award of the commissioners herein cannot be said to have been arrived at upon a correct theory since the evidence adduced on behalf of the plaintiff did not follow the correct formula of a fixing of the value of the appellant's land before the taking of parcels No. 1 and No. 2 considered together or separately and a fixing of the value of the appellant's land after the taking of parcels No. 1 and No. 2 considered together or separately. The absence of evidence of this character makes obscure whether or not the commissioners adequately compensated for destruction of plottage value growing out of the taking of parcel No. 2, and whether or not they adequately compensated for parcel No. 2. Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ., concur.